UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| TRUSTEES OF THE INDIANA STATE ) | |
| COUNCIL OF ROOFERS HEALTH AND ) | |
| WELFARE FUND, ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | CAUSE NO. 4:09-CV-89-JVB-PRC |
| ) | |
| EAGLE ROOFING CO., ) | |
|     Defendant. ) | |

## ORDER

This matter is before the Court on a Motion to Continue Hearing [DE 30], filed by Plaintiff on March 19, 2012. On March 24, 2010, a Clerk's Entry of Default was entered against Defendant. Plaintiff has been attempting to complete an audit of the payroll records for the Roofers, Apprentices, and Helpers for the time period of January 1, 2008 through the present time in order to determine the total funds that are owed to the Plaintiff. On September 7, 2011, Plaintiff filed a Motion to Hold Defendant in Contempt of Court for failing to cooperate with Plaintiff's auditors as ordered by the Court. On September 8, 2011, the Court took the motion under advisement and set a show cause hearing for October 12, 2011, which was then continued to December 1, 2011.

No representative of Eagle Roofing Co. appeared on December 1, 2011 for the show cause hearing. That same date, Plaintiff filed a Motion for Bench Warrant, which the Court granted, directing the Clerk of Court to issue a bench warrant for the arrest of Denver Nichols due to his failure to appear at the hearing in violation of the Court's October 12, 2011 Order. The bench warrant was issued on December 6, 2011. On January 4, 2012, a telephonic conference was held with the undersigned Magistrate Judge, Chief Magistrate Judge Mary Ann

L. Medler (sitting in St. Louis) for the United States District Court for the Eastern District of Missouri, Attorney Mike Clark (on behalf of Denver Nichols), and attorney Charles Berger (on behalf of Plaintiff). Denver Nichols was released with conditions in accordance with the Order issued that same date by Judge Medler. An in-person status conference was set for March 22, 2012, at 11:00 a.m. before the undersigned Magistrate Judge, and Denver Nichols was ordered to be present, in person, for the hearing.

In the instant Motion to Continue Hearing, the Plaintiff asks the Court to reschedule the show cause hearing because Plaintiff has been unable to obtain all necessary documentation in order to complete an audit of the Defendant's payroll records. In addition, Defendant has obtained counsel and is attempting to resolve this matter without further court action.

Finding the motion well taken, the Court hereby **GRANTS** the Motion to Continue Hearing [DE 30]. The Motion to Hold Defendant in Contempt of Court [DE 18] **REMAINS UNDER ADVISEMENT**. The conditions of release imposed on Denver Nichols **REMAIN** in effect.

The Court **CONTINUES** the in-person hearing to **June 21, 2012, at 11:00 a.m.,** in Magistrate Judge Courtroom 5, United States Courthouse, 5400 Federal Plaza, Hammond, Indiana, 46320, and **ORDERS** Denver Nichols to be present, in person, for the rescheduled hearing.

The Court notes that counsel for Defendant has not entered an appearance. Therefore, the Court **ORDERS** counsel for Plaintiff to serve a copy of (1) the Motion to Hold Defendant in Contempt of Court, (2) Plaintiff's March 19, 2012 Motion to Continue Hearing, and (3) this Order and all other appropriate related documents, upon Defendant by certified mail, return receipt requested, or personal service.

SO ORDERED this 20th day of March, 2012.

                                          s/ Paul R. Cherry
                                          MAGISTRATE JUDGE PAUL R. CHERRY
                                          UNITED STATES DISTRICT COURT

cc:    All counsel of record